1. MALINKA MOYE
   40. 42. PARSON STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO

4.
5.
6.
7.
8.              UNITED STATES DISTRICT COURT
9.              NORTHERN DISTRICT OF CALIFORNIA
10.

11. MALINKA MOYE.                      )           CASE NO.
                    Plaintiff,         )      CV  08    2054
12.                                    )
                                       )
13.         vs.                        )
                                       )           COMPLAINT
14. NATE THURMOND                      )
                    Defendant,         )
15.                                    )
                                       )           DATE:
16.              .                     )           TIME:
                                       )           COURTROOM:
17..                                   )
                                       )
18. _____  )

19.
20.     Plaintiff MALINKA MOYE alleges:

21.     1. Plaintiff is & was at all times mentioned herein a citizen of the State of California.

22.     2. JURISDICTIONAL ALLEGATION, RACKETERING INFLUENCED CORRUPT ORGANIZATION.

23. ASSAULT. LIBEL SLANDER. PERJURY ACT. CALIFORNIA PENAL CODE SEC 118. NATE THURMOND dba

24. BIG NATE'S BARBEQUE is a corporation incorporated under the laws of the State of California having its principal place

26. of business in the State of California. BIG NATE'S BARBEQUE is a corporation incorporated under the laws of the State of

27. California having its principal place of business in the State of California.

28.

UNITED STATES DISTRICT COURT

2.        NORTHERN DISTRICT OF CALIFRONIA

3.

4.        The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC 1332.

5. The amount in controversy exceeds $75,000.00, exclusive of interest & costs.

6.        3. All defendants reside in this district.

7.        4.        ASSAULT.        LIBEL.        SLANDER.

8. PERJURY.   RICO ACT.

9.        5. WHEREFORE, Plaintiff prays for judgement against defendants. NATE THUROND dba BIG NATE'S

10. BARBEQUE as follows:   Damages in the sum of $ 749,000.00

11.

12.

13.

14.

15.

16.

17.

18. DATED: April 18, 2008        _____
                                  MALINKA MOYE.
19.

20.

21.

22.

23.

24.

25.

26.

27.

28.                                                                2.