RECEIVED
2008 APR 17 P 4:14
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
08 APR 21 PM 1:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Phil Nobel,
    Plaintiff,

vs.

Nate Thurmond,
    Defendant.

CASE NO. CV 08 2054

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Phil Nobel, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Super Minimum    Net: 750,000.00

Employer: Free Agent Elloter
Politcal Fuchrer Lobbyist

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _Christopher Pelu Ngofa   6_
3
4  5.   Do you own or are you buying a home?   Yes ___ No _X_
5  Estimated Market Value: $ _N/A_   Amount of Mortgage: $ _____
6  6.   Do you own an automobile?   Yes ___ No _X_
7  Make _Chey_   Year _1984_   Model _Vette_
8  Is it financed? Yes ___ No _X_   If so, Total due: $ _____
9  Monthly Payment: $ _N/A_
10 7.   Do you have a bank account?   Yes _X_ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _Washington Mutual_
13 Present balance(s): $ _0.00_
14 Do you own any cash?   Yes ___ No _X_ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)   Yes ___ No _X_
17
18 8.   What are your monthly expenses?
19 Rent: $ _0_   Utilities: _0_
20 Food: $ _300.00_   Clothing: _0_
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 _____          $ _____         $ _____
24 _____          $ _____         $ _____
25 _____          $ _____         $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____

- 3 -

1     _U.S. Dep of Ed_

2 10. Does the complaint which you are seeking to file raise claims that have been presented in
3 other lawsuits? Yes X No ___
4 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 which they were filed.
6    448620    434297    447164    450441
7    445 640    433676    445235    450505

8 I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 false statement herein may result in the dismissal of my claims.

10
11    4/17/08          W. Mofel
12    DATE          SIGNATURE OF APPLICANT