1. MALINKA MOYE
   40. 42 PARSONS STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.

4.

5.

6.           UNITED STATES DISTRICT COURT

7.           NORTHERN DISTRICT OF CALIFORNIA

8.

9.

10.                                          CASE NO. CV 08 2054

11. MALINKA MOYE.                ) NOTICE OF MOTION AND ADMIN-
            Plaintiff,           ) ISTRATIVE MOTION TO CONSIDER
12.                              ) WHETHER CASES SHOULD BE REL-
                                 ) LATED PURSUANT TO CIVIL L.R.
13.    vs.                       ) 7-11. JUDGMENT. ATTORNEY
                                 ) GENERAL TO FILE CHARGES
14. NATE THURMOND.               ) MEMORANDUM OF POINTS &
            Defendant,           ) AUTHORITIES. DECLARATION.
15.                              )
                                 ) DATE:
16._____ ) TIME:
                                   COURTROOM:

17.        TO DEFENDANT AND ITS ATTORNEYS OF RECORD: NATE THURMOND

18.        NOTICE IS HEREBY GIVEN that on _____, AT 9:00am, or as soon as thereafter as counsel

19. may be heard by the above entitled Court, located at 450 Golden Gate in the court room of Judge _____, plaintiff

20. will and hereby does move the court for judgement. Attorney General to file criminal charges against defendant.

21.   This motion is brought on the following grounds. RICO ACT. PERJURY. ASSAULT. LIBEL AND SLANDER.

22.   Defendant lied to court and. Defendant set plaintiff up for attack. Intentioanlly failed to respond to any legal notices.

23. served by San Francisco Sheriff Dpartment. In 2007. Defendant made first response. Perjurized himself. Made no service

24. upon plaintiff. Refers to plaintiff as a vexacious litigant.

25.    This motion is based on this Notice of motion & administrative motion to consider related cases pursuant to L.R. 7-11

26. CGC-06-447164. Defendant claims he doesn't know anything about CGC-04-434297. Memorandum of Points & Authoroties,

27. declaration of Malinka Moye, pleadings & papers on file herein, & upon such other matters as may be presented

28. to court at time of hearing                                                                                    1.

1.     UNITED STATES DISTRICT COURT

2.     NORTHERN DISTRICT OF CALIFORNIA

3.

4.

5.     MEMMORANDUM OF POINTS AND AUTHORITIES

6.

7.

8.     ASSUALT

9.     LIBEL AND SLANDER

10.    PERJURY ACT

11.    CALIFIORIA PENAL CODE SECTION 118 et. Seq.

12.    RICO ACT

13.

14.    DECLARATION

15.    I Malinka Moye plaintiff in the above-entitled actions. Declare that the foregoing is true and correct to the best of

16. my knowledge under the law of the State of California.

17.

18.

19.

20.

21.

22.

23. DATED: APRIL 17, 2008                              _____
                                                              MALINKA MOYE
24.

25.

26.

27.

28.                                                                              2.