OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SAN FRANCISCO CA
$ 00.42°  MAY 13 2008
02 1A
0004329882
MAILED FROM ZIP CODE 94102

RECEIVED 3 MAY 2008

FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

CV08-02054 TT

NIXIE    941    DE    1    00  05/16/08
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 94102348999    *1340-21534-13-37