Head Clerk
Theresa,

C08-2055 MEJ 6/25/08
C08-2054 WHA

I've been under duress. Again.

Would you please. Remove. All cases of Malinka Moye vs.

City & County of S.F./auto-Return
Ratana Jincutlewanna
Vince Collins
La Donna Rewa Duncan
Lydia Baca
Red Oak Realty

RECEIVED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[signature]

Myriad Ventures Inc.
Nate Thurmond
Jack Chew
Linda Brewer Stocdale...

Off Calendar on 7/21/08, settlement conference. Any further documentation would you send it to return address on envelope.

Sincerely Yours
M. Vogel

P.S. Testified against Organized crime under D.A.'s office S.F.P.D. Sheriff's office & 400 McCallister

M. Waller
850 Bryant
S.F. CA 94108
2 H M-1
J# 2314322

USD

United States Federal Court Northern District
450 Golden Gate 16th Floor
S.F. CA 94103
Attention: Head Clerk/Thomas

SAN FRANCISCO CA 941
27 JUN 2008 PM 8 L
USA 42

94102/3660