**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

    Plaintiff,

  v.

NATE THURMOND,

    Defendant.

No. C 08-02054 WHA

**ORDER DENYING MOTION TO REOPEN CASE**

Plaintiff filed this lawsuit, along with several others, against various defendants. *See* No. C. 08-02053. Plaintiff voluntarily dismissed this lawsuit (Dkt. No. 9). Plaintiff has now filed a motion to reopen this case. The motion, however, contains no explanation of the factual or legal basis for the motion and adds no clarity to the original complaint, which itself was incoherent. The motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: October 14, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE