IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

    Plaintiff,

  v.

NATE THURMOND,

    Defendant.
                                 /

No. C 08-02054 WHA

**ORDER RE PLAINTIFF'S FILINGS**

Plaintiff filed this lawsuit, along with several others, against various defendants. This lawsuit, and the one other before the undersigned, were unintelligible (*See* No. C. 08-02053). Plaintiff voluntarily dismissed this lawsuit (Dkt. No. 9). The Court denied a motion to reopen filed by plaintiff, which also was unintelligible (Dkt. No. 11). Plaintiff has now filed an application for default judgment and an application to proceed *in forma pauperis*. These filings are improper; the case is closed. The Court will not respond to additional improper filings in this lawsuit.

**IT IS SO ORDERED.**

Dated: October 20, 2008

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE